# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10CV642-RJC-DSC

| | | |
|---|---|---|
| ANTHONY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| SERVICE CORPORATION | ) | |
| INTERNATIONAL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #7, 8 and 9) filed December 29, 2010 requesting admission of Attorneys J. Nelson Thomas, Annette M. Gifford and Sarah E. Cressman to represent all Plaintiffs. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 30, 2010

David S. Cayer
United States Magistrate Judge