**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV642-RJC-DSC**

| | | |
|---|---|---|
| **MICHAEL ANTHONY, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SERVICE CORPORATION** | ) | |
| **INTERNATIONAL, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Lonnie J. Williams, Jr.]" (document #13) filed February 2, 2011.  For the reasons set forth therein, the Motion will be **GRANTED**.

  The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

  **SO ORDERED**.     Signed: February 2, 2011

_____
David S. Cayer
United States Magistrate Judge